# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2013

## NO.  03-12-00340-CV

Don Cox, Appellant

v.

Texas Association of Realtors, Appellee

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.